

| | |
|---|---|
| E. Vincent Wood (Bar No. 297132)<br>Shepherd & Wood LLP<br>2950 Buskirk Avenue, Suite 300<br>Walnut Creek, CA 94597<br>Tel. (925) 278-6680<br>Fax. (925) 955-1655<br><br>Attorney for Debtor | **Entered on Docket**<br>**April 21, 2025**<br>**EDWARD J. EMMONS, CLERK**<br>**U.S. BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA**<br><br>The following constitutes the order of the Court.<br>Signed: April 20, 2025<br><br>_____<br>**Charles Novack**<br>**U.S. Bankruptcy Judge** |



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In Re:

Melissa Wilkerson,

        Debtor.

Bankruptcy Case No. 25-40564 CN

Chapter 13

**Order GRANTING Ex Parte Application Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Order Directing Production of Documents by NBS Default Services, LLC**

    The Court having considered the Ex Parte Application Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Order Directing Production of Documents by NBS Default Services, LLC (ECF #24) (the "Application") filed by Debtor, and good cause appearing, hereby GRANTS the Application and ORDERS that NBS Default Services, LLC shall produce documents set forth below by delivering them to Shepherd & Wood LLP by email to general@shepwoodlaw.com, or by mail to 2950 Buskirk Avenue, Suite #300, Walnut Creek, CA 94597, within 14 days of entry of this Order.

## **DEFINITIONS**

    1. "DOCUMENT" shall have the same definition as found for "writings" in the Federal Rules of Evidence 1001.

    2. "YOU" and "YOUR" shall mean NBS Default Services, LLC, or its agents,

representatives, successors or assigns.

3. "DEBTOR" shall mean Melissa Wilkerson.

4. "RELATED TO" shall mean related to, referring to, concerning, or constituting.

5. "SUBJECT PROPERTY" shall mean the property located at 1933 Grass Mountain Court, Antioch, CA 94531.

6. Wherever used herein, the singular shall include the plural and the plural shall include the singular.

7. Wherever used herein, "any" shall include "all," and vice-versa.

8. Wherever used herein "or" shall include "and," and vice-versa.

**DOCUMENTS TO BE PRODUCED**

1. All DOCUMENTS related to the foreclosure of the SUBJECT PROPERTY.

2. All bid slips RELATED TO the foreclosure of the SUBJECT PROPERTY.

3. All DOCUMENTS evidencing bids RELATED TO the foreclosure of the SUBJECT PROPERTY.

4. All notices of intent to bid pursuant to Cal. Civil Code §2924m RELATED TO the foreclosure of the SUBJECT PROPERTY.

5. All DOCUMENTS identifying the high bidders RELATED TO the foreclosure of the SUBJECT PROPERTY.

6. All DOCUMENTS and communications submitted to YOU at any time by the high bidder at the auction of the SUBJECT PROPERTY.

7. All affidavits of eligible bidders RELATED TO the foreclosure of the SUBJECT PROPERTY, including affidavits of prospective owner occupants.

8. All trustee's deeds upon sale RELATED TO the foreclosure of the SUBJECT PROPERTY.

9. All communications RELATED TO the foreclosure of the SUBJECT PROPERTY, which shall include but is not limited to all emails, texts and letters with bidders, auctioneers, eligible bidders under C.C.C.§2924m and any other agents, officers, employees, or any other third party.

-2-
Case: 25-40564    Doc# 30    Filed: 04/20/25    Entered: 04/21/25 16:33:31    Page 2 of 5

10. All DOCUMENTS evidencing the list of properties auctioned at the foreclosure sale of the SUBJECT PROPERTY on April 1, 2025.

11. All DOCUMENTS identifying any and all bidders that appeared or made bids on any property at the same auction that occurred on April 1, 2025.

12. All DOCUMENTS identifying the auctioneer(s) or persons who conducted the auction, and all agents or employees of the auctioneer, and all DOCUMENTS with the contact information for each of those persons.

13. All DOCUMENTS identifying YOUR employees or agents at the auction of the SUBJECT PROPERTY, and all DOCUMENTS with the contact information for each of those persons.

14. For the person or entity that submitted the highest bid on the SUBJECT PROPERTY at the auction on April 1, 2025, produce all DOCUMENTS identifying any bids placed or high bids or bid slips or auctions won by the person or entity, and any affidavits submitted by that person or entity related to those bids, in the 12 months preceding the auction on April 1, 2025.

15. All trustee's deeds upon sale issued by YOU in the 12 months preceding the auction on April 1, 2025, to the person or entity that was the high bidder at the auction of the SUBJECT PROPERTY.

16. Copies of all checks submitted to YOU by the high bidder at the foreclosure sale of the SUBJECT PROPERTY.

17. All DOCUMENTS showing the source of funds to purchase the SUBJECT PROPERTY at the foreclosure auction on April 1, 2025.

18. All DOCUMENTS demonstrating YOUR compliance with C.C.C.§2924m RELATED TO the foreclosure of the SUBJECT PROPERTY.

19. All DOCUMENTS identifying the contact information of all entities or persons that submitted notices of intent to bid RELATED TO the foreclosure of the SUBJECT PROPERTY.

20. All DOCUMENTS evidencing the time at which the foreclosure sale was conducted on April 1, 2025, RELATED TO the SUBJECT PROPERTY, including but not limited to auction logs, sale time recordings, auctioneer declarations, bidder registration logs, internal timekeeping

records, and any electronic or physical documentation reflecting the precise time the auction commenced, paused, resumed, or concluded.

***END OF ORDER***

COURT SERVICE LIST