James A. Shepherd SBN 264400
E. Vincent Wood SBN 297132
SHEPHERD & WOOD LLP
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Tel (925) 278-6680
Fax (925) 955-1655
Email: general@shepwoodlaw.com

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

    Melissa Marie Wilkerson

                            Debtor

Case No.: 25-40564 CN

Chapter 13

**DECLARATION RE: UNFILED TAX RETURNS**

I, Melissa Marie Wilkerson, hereby declare as follows:

1. I am the Debtor in the above-referenced case.

2. I have not filed a tax return in over 5 years and I do not have a copy of my last filed tax return.

3. I am requesting additional time to file my tax returns and once completed I will provide copies to the Chapter 13 Trustee.

The above facts are known to me personally and if called to testify, I could and would so testify. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 19, 2025                        /s/ Melissa Marie Wilkerson