| | |
|---|---|
| Andrew J. Christensen (SBN: 260748) | |
| Law Offices of Andrew J. Christensen, P.C. | |
| 2063 Mountain Blvd. Suite 2 | |
| Oakland, CA 94611 | |
| Tel: (510) 761-7183 | |
| Fax: (510) 680-3430 | |
| Andrew@CaliforniaHomeLawyer.com | |

Attorney for Debtor Melissa Wilkerson

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>Melissa Wilkerson<br><br>Debtor | Bankruptcy Case: 25-40564 CN<br>Chapter 13<br><br>**Notice of Hearing on Motion for Damages for Violation of the Automatic Stay**<br><br>Hearing REMOTE OR IN PERSON<br>Date: July 18, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 215<br>1300 Clay Street, Oakland CA 94612<br>The Honorable Charles Novack |

**PLEASE TAKE NOTICE:** Melissa Wilkerson filed a **Motion for Damages for Violation of the Automatic Stay** against NewRez LLC dba Shellpoint Mortgage Servicing, NBS Default Services, LLC, and Good Neighbor Homes LLC, for proceeding with a foreclosure sale in violation of the automatic stay.

NOTICE IS HEREBY GIVEN that a hearing will be conducted at the time and place listed above to consider and act upon the above captioned Motion. Pursuant to the Local Bankruptcy Rules, any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date.

Counsel, parties, and other interested parties may attend in person in Courtroom 215

in Oakland, by Zoom video, or by Zoom telephone. Additional information is available on Judge Novack's Procedures page on the court's website, and information on how to attend the hearing by Zoom will be included with each calendar posted under Judge Novack's Calendar on the court's website.

    The Motion seeks an order for damages for violation of the stay and monetary sanctions.

Dated: May 30, 2025          /s/ Andrew Christensen
                                                          Andrew Christensen
                                                          Attorney for Plaintiff

| | |
|---|---|
| Andrew J. Christensen (SBN: 260748)<br>Law Offices of Andrew J. Christensen, P.C.<br>2063 Mountain Blvd. Suite 2<br>Oakland, CA 94611<br>Tel: (510) 761-7183<br>Fax: (510) 680-3430<br>Andrew@CaliforniaHomeLawyer.com<br><br>Attorney for Debtor Melissa Wilkerson | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In the Matter of:<br><br>Melissa Wilkerson<br><br><br>Debtor | Bankruptcy Case:   25-40564 CN<br><br>**Certificate of Service** |

    I, Karen Sanchez, declare that I am over 18 years of age, employed in Alameda County, and not a party to the action. My business address is 2063 Mountain Blvd. Suite 2, Oakland, CA 94611. On May 30, 2025, I served the following documents on the parties below by First Class Mail.

    **Notice of Hearing on the Motion.**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the following date at Oakland, California.

  Dated:   May 30, 2025                   /s/ Karen Sanchez
                                                                Karen Sanchez

| | |
|---|---|
| NewRez LLC, dba Shellpoint Mortgage Servicing<br>Attn: Agent Koy Saechao, or Rebecca Wang, or Alex Jenkins, or Wendy Harris<br>2710 Gateway Oaks Drive,<br>Sacramento, CA. 95833<br>(Secretary of State Address) | Good Neighbor Homes LLC<br>Attn: Agent Erin Haggerty or Connie Mix, or Barbara Baine or Mai Yang<br>1325 J St Suite 1550,<br>Sacramento, CA. 95814<br>(Secretary of State Address) |

| | |
|---|---|
| NBS Default Services, LLC<br>Attn: Agent Amanda Garcia, or Gabriela Sanchez, or Daisy Montenegro or Jessie Gastelum<br>330 N Brand Blvd, Glendale, CA 91203<br>(Secretary of State Address)<br><br>NBS Default Services LLC,<br>C/O Bonial & Associates, P.C.<br>14841 Dallas Pkwy. Suite 350<br>Dallas TX. 73254<br><br>NBS Default Services LLC<br>C/O Michelle A. Mierzwa<br>Wright Finlay & Zak<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660 | Good Neighbor Homes LLC<br>Attn: Attn: Managing Officer<br>2015 Manhattan Beach Boulevard<br>Suite 100, Redondo CA. 90278 |

4