Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)



**Entered on Docket
July 16, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes the order of the Court.
Signed: July 16, 2025

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Melissa Marie Wilkerson

Chapter 13 Case Number:
25-40564-CN 13

Debtors(s)

ORDER CONFIRMING CHAPTER 13 PLAN

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C §1325. IT IS ORDERED that the plan filed at docket #27 is confirmed.

**ATTORNEY FEES**

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)' attorney in full amount of $8,200.00 are approved, $0.00 of which was paid prior to the filing of the petition. Provided that the attorney and debtor have executed and filed a *Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys*, the balance of $8,200.00 shall be paid by the chapter 13 Trustee from plan payments in accordance with section 9 of the plan.

END OF ORDER

COURT SERVICE LIST