

The following constitutes the order of the Court.
Signed: September 1, 2025

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

MELISSA MARIE WILKERSON,

Debtor.

Case No. 25-40564 CN
Chapter 13

**ORDER SETTING STATUS CONFERENCE ON MOTION FOR DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY**

On August 1, 2025, the court conducted a hearing on Debtor's Motion for Damages for Violation of the Automatic Stay (the "Motion"). At the conclusion of the hearing, the court took the Motion under submission. Upon further review, the court requires additional information to assist it in tailoring its decision to the actual facts and law in dispute. Accordingly,

**IT IS HEREBY ORDERED** that:

1. A status conference will be held on the Motion on **September 12, 2025, at 11:00 a.m.** via Tele/Videoconference and in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

2. No later than **September 9, 2025,** the parties shall file a status conference statement addressing:

    a. Whether there is a factual dispute about the time of the bankruptcy filing.

    b. Whether the parties believe there are any other factual disputes that the court is required to resolve.

***END OF ORDER***

Case No. 25-40564 CN

**<u>COURT SERVICE LIST</u>**

Melissa Marie Wilkerson
1933 Grass Mountain Ct
Antioch, CA 94531

Other recipients are ECF participants.