| | |
|---|---|
| Kirsten Martinez, SBN 310674 | |
| Bonial & Associates, P.C. | |
| 3160 Crow Canyon Place, Suite 215 | |
| San Ramon, California 94583 | |
| Telephone: (213) 863-6010 | |
| Fax: (213) 863-6065 | |
| Kirsten.Martinez@BonialPC.com | |

Attorney for Movant, NewRez LLC
d/b/a Shellpoint Mortgage Servicing

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 25-40564 |
| Melissa Marie Wilkerson, | Chapter 13 |
| | R.S. No. KMM-342 |
| | **WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY; AND TAKING THE MATTER OFF CALENDAR** |
| | Hearing: |
| | Date: September 26, 2025 |
| | Time: 10:00 AM |
| | Place: Courtroom 215 |
| | 1300 Clay Street |
| | Oakland, CA 94612 |
| Debtor | |

**TO THE HONORABLE CHARLES DANIEL NOVACK, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

  **PLEASE TAKE NOTICE** that NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant") hereby withdraws its Motion for Relief from the Automatic Stay (the "Motion") filed as docket entry number 67 in the above-captioned matter.

//

//

1    Movant respectfully requests that the hearing scheduled for September 26, 2025 at 10:00 AM be
2    vacated.

3    Dated: September 25, 2025                          Respectfully Submitted,
                                                         Bonial & Associates, P.C.
4
5                                              By:     /s/Kirsten Martinez
                                                       Kirsten Martinez
6                                                      Attorney for Movant